UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Gary S. Austin
United States Magistrate Judge
Fresno, California

          RE:    **MILBURN,** Bob Zyndall
                 **Docket Number:**  1:08CR00268-01 GSA
                 **REQUEST TO VACATE**
                 **SPECIAL CONDITION**

Your Honor:

On December 4, 2008, the above-named offender pled guilty to 21 USC 844 (a), Possession of a Controlled Substance, a misdemeanor. Subsequently, on February 12, 2009, the offender was sentenced to a term of 24 months probation. He was ordered to abide by standard conditions of probation and special conditions, which included, condition number 9: "The defendant is allowed to possess a firearm only while hunting; however, it is never allowed in his residence. He is to advise the probation officer prior to hunting."

The offender has made efforts to comply with all conditions, including removing his weapons from his residence. He has, however, not been successful in removing his weapons, as he reportedly does not have trustworthy friends or family with whom he can store his firearms. Therefore, he is requesting he be allowed to maintain them at his residence.

The offender has complied with this officer's instruction to maintain his weapons in his safe until this issue is addressed by the Court. This officer has supervised the offender for approximately eight months and does not foresee any issues with the offender maintaining possession of his weapons. A recent criminal record inquiry revealed no felonies or weapons offenses;. he also does not have a history of violence. However, special condition number 9 would have to be vacated in order for the offender to remain in compliance. This officer contacted Laurel Montoya, Assistant United States Attorney, who is in agreement with vacating special condition number 9.

**RE:	MILBURN, Bob Zyndall
	Docket Number:   1:08CR00268-01 GSA
	<u>DELETE A SPECIAL CONDITION</u>**


A signature block has been prepared for Your Honor to decide on this issue.  Thank you for your consideration in this matter.  Should Your Honor have any further questions, please do not hesitate to contact this officer at (559) 499-5715.

	Respectfully submitted,

	/s/ Adrian Garcia

	**Adrian Garcia
	United States Probation Officer**

Dated:	October 29, 2009
	Fresno, California
	AG


**REVIEWED BY:**	  /s/ Hubert J. Alvarez
	**Hubert J. Alvarez
	Supervising United States Probation Officer**

RE:   MILBURN, Bob Zyndall
      Docket Number:   1:08CR00268-01 GSA
      **DELETE A SPECIAL CONDITION**

**THE COURT ORDERS:**

(✔)   Vacate special condition number 9.

( )   Submit a Request for Modifying the Conditions or Term of Supervision.

( )   Submit a Request for Warrant or Summons.

( )   Other:

| | |
|---|---|
| **November 4, 2009** | **/s/ Gary S. Austin** |
| **Date** | **Signature of Judicial Officer** |

cc:   Laurel Montoya
      Assistant United States Attorney

      Robert Wynne
      Defense Counsel